UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Carl S. Williams,

      Plaintiff,

v.

City of Minneapolis, Minnesota MPD,
BP Gas Station, Facebook, Fox, ABC, Star
Tribune, and St. Cloud MCF,

      Defendants.

**ORDER ADOPTING REPORT
AND RECOMMENDATION**
Case No. 22-cv-2369 (MJD/TNL)

Plaintiff Carl S. Williams is *pro se*.

No counsel has entered an appearance for Defendants.

    This matter is before the Court on the February 2, 2023 Report and Recommendation of United States Magistrate Judge Tony N. Leung. (Doc. 13.) The Report and Recommendation recommends dismissing the Complaint and denying Plaintiff's application to proceed <u>in forma pauperis</u>.

    No objections to the Report and Recommendation have been filed in the time period permitted. In the absence of timely objections, this Court has

reviewed the Report and Recommendation for clear error. <u>Grinder v. Gammon</u>, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); D. Minnesota Local Rule 72.2(b)-(c). Having reviewed the Report and Recommendation and the record in this case, the Court finds no clear error.

Accordingly, based on the Report and Recommendation and the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The February 2, 2023 Report and Recommendation (Doc. 13) is **ADOPTED**;

2. Plaintiff Carl S. Williams's Complaint (Doc. 1) is **DISMISSED** without prejudice;

3. Williams's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED** as moot;

4. Williams is required to pay the unpaid balance—$348.67—of this action's statutory filing fee in the manner prescribed by 28 U.S.C. § 1915(b)(2), and the Clerk of Court shall provide notice of this requirement to the authorities at the institution where Williams is confined.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 5, 2023                         s/Michael J. Davis
                                              Michael J. Davis
                                              United States District Court